IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHELLE A. ELSEY and TOBY ELSEY,
husband and wife,

        Plaintiffs,

   v.

DR. DANIEL H. LAURY, et. al.,

        Defendants.

1:12-cv-707-CL

**ORDER**

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke has issued a Report and Recommendation (R&R), recommending that defendant Asante's motion for summary judgment be granted. Plaintiffs object to the R&R, so I review this matter de novo. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d

1 - ORDER

1309, 1313 (9th Cir. 1981). I agree with the R&R that Asante has shown it is entitled to summary judgment on plaintiffs' claim against it.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#47) is adopted. Defendant Asante's motion for summary judgment (#39) is granted.

IT IS SO ORDERED.

DATED this __16__ day of October, 2013.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER